*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.     NO. 4:11CR00206-001 SWW

GLENN EMBRY

## ORDER

Pending before the Court is the government's motion to continue the revocation hearing, previously scheduled July 26, 2012, until after the resolution of the pending state charges. The defense has no objection to the continuance. The Court has fully considered the motion and finds that, for good cause shown, the motion to continue should be granted.

IT IS THEREFORE ORDERED that government's motion for continuance of the revocation hearing [doc #6] be, and it is hereby, **granted**. The supervised release revocation hearing will be rescheduled on **FRIDAY, SEPTEMBER 21, 2012 AT 1:00 p.m. in Courtroom #389.**

Dated this 19th day of July 2012.

/s/Susan Webber Wright
United States District Judge