IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.    NO. 4:11CR00206-001 SWW

GLENN EMBRY

## ORDER

The above entitled cause came on for hearing August 2, 2012 on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Western District of Arkansas and supervised in the Eastern District of Arkansas. Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked** granting government's motion [doc #3]; and that defendant shall serve a term of imprisonment of **TWENTY-ONE (21) MONTHS** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Milan, Michigan.

There will be **NO** supervised release to follow.

IT IS FURTHER ORDERED that defendant be remanded to the custody of the U.S. Marshal for transport to the designated facility to begin the service of the sentence imposed.

IT IS SO ORDERED this 2nd day of August 2012.

/s/Susan Webber Wright
United States District Judge